**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Toyota Motor Credit Corporation

In Re:
    Rosemary Loring,
    James T. Loring dba James Loring

**Order Filed on April 23, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No:      18-29768 ABA

Chapter: 13

Hearing Date: April 23, 2019 at 10:00 A.M.

Judge:  Andrew B. Altenburg Jr.

| Recommended Local Form | ☐ | Followed | ☐ | Modified |
|---|---|---|---|---|

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: April 23, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

[Type text]

Upon the motion of <u>Toyota Motor Credit Corporation</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐       Real Property More Fully Described as:

■       Personal Property More Fully Describes as: **2015 Toyota Sienna, VIN: 5TDDK3DC9FS124730,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:
James T. Loring
Rosemary Loring
       Debtors

Case No. 18-29768-ABA
Chapter 13

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 1 | Date Rcvd: Apr 23, 2019 |
| | Form ID: pdf903 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2019.
db/jdb        +James T. Loring,   Rosemary Loring,   720 Harrison Street,   Riverside, NJ 08075-3422

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.        TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2019        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2019 at the address(es) listed below:
     Andrew Thomas Archer   on behalf of Joint Debtor Rosemary  Loring aarcher@brennerlawoffice.com,
      bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
     Andrew Thomas Archer   on behalf of Debtor James T. Loring aarcher@brennerlawoffice.com,
      bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
     Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation
      dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
     Isabel C. Balboa   ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
     Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
      summarymail@standingtrustee.com
     Nicholas V. Rogers   on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com
     Rebecca Ann Solarz   on behalf of Creditor   Toyota Motor Credit Corporation
      rsolarz@kmllawgroup.com
     U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
        TOTAL: 8