B 2100A Form (2100A) (12/15)

# United States Bankruptcy Court

DISTRICT OF NEW JERSEY

In Re:  
JAMES T. LORING

Case No. 1829768

ROSEMARY LORING

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

PRA Receivables Management, LLC., as agent of  
Portfolio Recovery Associates, LLC

OneMain

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-  
Name of Transferee

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-  
Name of Transferor

Name and Address where notices to transferee  
should be sent:  
Portfolio Recovery Associates, LLC  
POB 41067  
Norfolk, VA 23541

Court Claim # (if known): 3  
Amount of Claim: $1,924.24  
Date Claim Filed: 10/19/2018

Phone: (877)829-8298  
Last Four Digits of Acct # : 2071

Phone:  
Last Four Digits of Acct #: 2071

Name and Address where transferee payments  
Should be sent (if different from above)  
Portfolio Recovery Associates, LLC  
POB 12914  
Norfolk, VA 23541

Seller Information  
ONEMAIN FINANCIAL GROUP, LLC  
100 International Drive  
Baltimore MD 21202

Phone: (877)829-8298  
Last Four Digits of Acct # : 2071

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Martine Evans  
\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-  
    Transferee/Transferee's Agent  
Email: Bankruptcy_Info@portfoliorecovery.com

Date: 7/9/2019

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## EXHIBIT A

### ASSIGNMENT AND BILL OF SALE

ONEMAIN FINANCIAL GROUP, LLC, a Delaware limited liability company, ONEMAIN FINANCIAL (HI), INC., a Hawaii corporation, ONEMAIN FINANCIAL, INC., (WV), a West Virginia corporation, ONEMAIN FINANCIAL OF MINNESOTA, INC., a Minnesota corporation on behalf of themselves and as attorney in fact for ONEMAIN FINANCIAL ISSUANCE TRUST 2015-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2015-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2015-3, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2016-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2016-2, a Delaware statutory trust; and ONEMAIN FINANCIAL ISSUANCE TRUST 2016-3, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2017-1, a Delaware statutory trust; ONMAIN DIRECT AUTO RECEIVABLE TRUST 2017-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2018-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2018-2, a Delaware statutory trust; ONEMAIN DIRECT AUTO RECEIVALBES TRUST 2018-1, a Delaware statutory trust; and ONEMAIN FINACIAL ISSUANCE TRUST 2019-1, a Delaware statutory trust ("OneMain") has entered into that certain Account Purchase and Sale Agreement dated April 11, 2019, ("Agreement") for the sale of Accounts to Portfolio Recovery Associates, LLC, a Delaware limited liability company (hereinafter called "Buyer"), upon the terms and conditions set forth in that Agreement.

NOW, THEREFORE, for good and valuable consideration, receipt of which is hereby acknowledged, Sellers hereby sell, assign, and transfer to Buyer, its successors and permitted assigns, all of Sellers' rights, title, and interest in and to the Accounts owned by such Sellers and identified on the Sale File delivered by the Sellers to Buyer in electronic file form in conjunction herewith and titled ███████████████████.

IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement on the 18th day of June, 2019.

## ASSIGNMENT AND BILL OF SALE
## SIGNATURE PAGE

SELLERS: ONEMAIN FINANCIAL GROUP, LLC, a Delaware limited liability company, ONMAIN FINANCIAL (HI), INC., a Hawaii corporation, ONEMAIN FINANCIAL, INC., (WV), a West Virginia corporation, ONEMAIN FINANCIAL OF MINNESOTA, INC., a Minnesota corporation on behalf of themselves and as attorney in fact for ONEMAIN FINANCIAL ISSUANCE TRUST 2015-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2015-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2015-3, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2016-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2016-2, a Delaware statutory trust; and ONEMAIN FINANCIAL ISSUANCE TRUST 2016-3, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2017-1, a Delaware statutory trust; ONMAIN DIRECT AUTO RECEIVABLE TRUST 2017-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2018-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2018-2, a Delaware statutory trust; ONEMAIN DIRECT AUTO RECEIVALBES TRUST 2018-1, a Delaware statutory trust; and ONEMAIN FINACIAL ISSUANCE TRUST 2019-1, a Delaware statutory trust.

ONEMAIN FINANCIAL GROUP, LLC, a Delaware limited liability company

By: _____

Name: J. Scott Bailer

Title: Vice President, Sr. Managing Director

ONEMAIN FINANCIAL (HI), INC. a Hawaii corporation

By: _____

Name: J. Scott Bailer

Title: Vice President, Sr. Managing Director

ONEMAIN FINANCIAL, INC., (WV), a West Virginia corporation

By: _____

Name: J. Scott Bailer

Title: Vice President, Sr. Managing Director

ONEMAIN FINANCIAL OF MINNESOTA, INC., a Minnesota corporation

By: _____

Name: J. Scott Bailer

Title: Vice President, Sr. Managing Director

BUYER: PORTFOLIO RECOVERY ASSOCIATES, LLC

A Delaware limited liability company

By: _____

Name: Naomi Muellner

Title: Authorized Signer