| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>828491<br>**Phelan Hallinan Diamond & Jones, PC**<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>**Attorneys for Bayview Loan Servicing, LLC** |

In Re:

James T. Loring
Rosemary Loring

Case No: 18-29768 - ABA

Hearing Date: 11/26/2019

Judge: Andrew B. Altenburg, Jr

Chapter: 13

## CERTIFICATION OF SERVICE

1. I, Boris Zavertailo:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents Bayview Loan Servicing, LLC in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On November 22, 2019 I sent a copy of the following pleadings and/or documents to the parties listed below:

    **Order Resolving Motion to Vacate Stay**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  November 22, 2019                    /s/ *Boris Zavertailo*
                                                                         Boris Zavertailo

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| James T. Loring<br>720 Harrison Street,<br>Riverside, NJ 08075 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Rosemary Loring<br>720 Harrison Street,<br>Riverside, NJ 08075 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Andrew T Archer, Esquire<br>175 Richey Ave<br>Collingswood, NJ 08107 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Isabel C. Balboa, Trustee<br>Cherry Tree Corporate Cen<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.