UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

828491
**PHELAN HALLINAN DIAMOND & JONES, PC**
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
**Attorneys for Bayview Loan Servicing, LLC**

In Re:

JAMES T. LORING
ROSEMARY LORING

Case No: 18-29768 - ABA

Hearing Date: November 26, 2019

Judge: Andrew B. Altenburg, Jr

Order Filed on December 2, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Recommended Local Form:   ☒ Followed   ☐ Modified

**ORDER RESOLVING MOTION TO VACATE STAY AND/OR MOTION TO DISMISS WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) through four (4) is hereby **ORDERED**.

**DATED: December 2, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | Bayview Loan Servicing, LLC |
| Applicant's Counsel: | Phelan Hallinan Diamond & Jones, PC |
| Debtor's Counsel: | Andrew T Archer, Esquire |
| Property Involved ("Collateral"): | 720 Harrison Street, Riverside, NJ 08075 |

Relief sought:   ☒ **Motion for relief from the automatic stay**
☐ Motion to dismiss
☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ☒ The Debtor is overdue for **4** months, from **August 1, 2019** to **November 1, 2019**.

    ☒ The Debtor is overdue for **3** payments at **$1,443.34** per month.

    ☒ The Debtor is overdue for **1** payment at **$1,502.78** per month.

    ☐ The Debtor is assessed for _____ late charges at $_____ per month.

    ☒ Applicant acknowledges suspense funds in the amount of **$1,217.37**

    **Total Arrearages Due $4,615.43.**

2. Debtor must cure all post-petition arrearages, as follows:

    ☐ Immediate payment shall be made in the amount of $_____.  Payment shall be made no later than _____.

    ☒ Beginning on **December 1, 2019**, regular monthly mortgage payments shall continue to be made.

    ☒ Beginning on **December 1, 2019**, additional monthly cure payments shall be made in the amount of **$769.24** for **5** months.

    ☒ On **May 1, 2020**, additional monthly cure payment shall be made in the amount of **$769.23**

☐ The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan. Said amount shall be set up on Trustee's ledger as a separate Claim. Debtor(s) shall file a Modified Plan within 10 days from the entry of this Order to account for the additional arrears to be paid to the secured creditor via Chapter 13 Plan and to adjust monthly payments to the Chapter 13 Trustee accordingly.

3. Payments to the Secured Creditor shall be made to the following address(es):

☐ Immediate payment:

☒ Regular Monthly payment:

Bayview Loan Servicing, LLC.
ATTN: Cashiering Department
4425 Ponce de Leon Boulevard
5th Floor Coral Gables, FL 33146

☒ Monthly cure payment:

Bayview Loan Servicing, LLC.
ATTN: Cashiering Department
4425 Ponce de Leon Boulevard
5th Floor Coral Gables, FL 33146

4. In the event of Default:

☒ Should the Debtors fail to make any of the above captioned payments, or if any regular monthly mortgage payment commencing after the cure of the post petition delinquency is more than thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay

☒ In the event the Debtors converts to a Chapter 7 during the pendency of this bankruptcy case, the Debtors shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent

    to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay

    ☒ This agreed order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay

5.     Award of Attorneys' Fees:

    ☒ The Applicant is awarded attorney's fees of **$550.00**, and costs of **$181.00**.

        The fees and costs are payable:

        ☒ Through the Chapter 13 plan. These fees/costs shall be set up as a separate claim to be paid by the Standing Trustee and shall be paid as an administrative claim.

        ☐ to the Secured Creditor within _____ days.

        ☐ Attorneys' fees are not awarded.

6.     This Agreed Order survives any loan modification agreed to and executed during the instant bankruptcy.

```
                        United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                              Case No. 18-29768-ABA
James T. Loring                                                     Chapter 13
Rosemary Loring
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                  Page 1 of 1                  Date Rcvd: Dec 02, 2019
                              Form ID: pdf903              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 04, 2019.
db/jdb          +James T. Loring,    Rosemary Loring,    720 Harrison Street,    Riverside, NJ 08075-3422

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 2, 2019 at the address(es) listed below:
          Andrew Thomas Archer    on behalf of Joint Debtor Rosemary  Loring aarcher@spillerarcherlaw.com,
           bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
          Andrew Thomas Archer    on behalf of Debtor James T. Loring aarcher@spillerarcherlaw.com,
           bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Nicholas V. Rogers    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          Robert  Davidow    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com
          Sherri Jennifer Smith    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com,
           nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10