UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew T. Archer, Esquire
175 Richey Avenue
Collingswood, NJ 08107
(856) 963-5000
Attorney for Debtor(s)
005272008

Order Filed on December 31, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

James T. Loring and Rosemary Loring,

Debtors(s).

Case No.: 18-29768

Chapter: 13

Judge: ABA

## ORDER AUTHORIZING RETENTION OF

Paul Tursi

The relief set forth on the following page is **ORDERED**.

**DATED: December 31, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____Paul Turso_____

as _____Realtor_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: Keller Williams Realty
   381 Egg Harbor Road, Ste. 2
   Sewell, NJ  08080

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
James T. Loring  
Rosemary Loring  
        Debtors

Case No. 18-29768-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Dec 31, 2019  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 02, 2020.  
db/jdb      +James T. Loring,   Rosemary Loring,   720 Harrison Street,   Riverside, NJ 08075-3422

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                            TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 31, 2019 at the address(es) listed below:

        Andrew L. Spivack   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com  
        Andrew Thomas Archer   on behalf of Joint Debtor Rosemary  Loring aarcher@spillerarcherlaw.com,  
          bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
        Andrew Thomas Archer   on behalf of Debtor James T. Loring aarcher@spillerarcherlaw.com,  
          bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
        Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
        Isabel C. Balboa   ecfmail@standingtrustee.com,  summarymail@standingtrustee.com  
        Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
          summarymail@standingtrustee.com  
        Rebecca Ann Solarz   on behalf of Creditor   Toyota Motor Credit Corporation rsolarz@kmllawgroup.com  
        Robert Davidow   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com  
        Sherri Jennifer Smith   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com, nj.bkecf@fedphe.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                  TOTAL: 10