Printed on: 01/02/2020
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

For the period of 01/01/2019 to 12/31/2019
**Case Number: 18-29768 (ABA)**

James T. Loring and Rosemary Loring
720 Harrison Street
Riverside, NJ  08075

Monthly Payment: $1,309.00
Payments / Month: 1
Current Trustee Comp.: 7.80%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/01/2019 | $1,309.00 | 03/04/2019 | $1,309.00 | 04/02/2019 | $1,309.00 | 05/08/2019 | $1,309.00 |
| 06/07/2019 | $1,309.00 | 07/18/2019 | $1,309.00 | 08/23/2019 | $1,309.00 | 09/19/2019 | $1,309.00 |
| 10/17/2019 | $1,309.00 | 12/20/2019 | $1,309.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JAMES T. LORING | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ANDREW T. ARCHER, ESQUIRE | 13 | $3,560.00 | $3,560.00 | $0.00 | $3,560.00 |
| 1 | APEX ASSET MANAGEMENT, LLC | 33 | $4,470.10 | $0.00 | $0.00 | $0.00 |
| 2 | BAYVIEW LOAN SERVICING, LLC | 24 | $42,092.38 | $7,616.16 | $34,476.22 | $7,616.16 |
| 3 | CCS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK USA, N.A. | 33 | $8,322.20 | $0.00 | $0.00 | $0.00 |
| 5 | I C SYSTEM INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | DEPARTMENT OF THE TREASURY | 33 | $1,629.13 | $0.00 | $0.00 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,924.24 | $0.00 | $0.00 | $0.00 |
| 8 | LVNV FUNDING, LLC | 33 | $362.52 | $0.00 | $0.00 | $0.00 |
| 9 | TOWNSHIP OF RIVERSIDE | 24 | $1,115.82 | $201.88 | $913.94 | $201.88 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $293.06 | $0.00 | $0.00 | $0.00 |
| 11 | TOYOTA LEASE TRUST | 33 | $7,098.93 | $0.00 | $0.00 | $0.00 |
| 12 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | ANDREW THOMAS ARCHER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | ROSEMARY LORING | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | DEPARTMENT OF THE TREASURY | 28 | $20,118.96 | $0.00 | $20,118.96 | $0.00 |
| 17 | APEX ASSET MANAGEMENT, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | APEX ASSET MANAGEMENT, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | AMERICAN INFOSOURCE, LP | 33 | $405.00 | $0.00 | $0.00 | $0.00 |
| 20 | BAYVIEW LOAN SERVICING, LLC | 13 | $731.00 | $731.00 | $0.00 | $731.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 11/01/2018 | 3.00 | $0.00 |
| 02/01/2019 | Paid to Date | $2,713.00 |
| 03/01/2019 | 56.00 | $1,309.00 |
| 11/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $13,090.00 |
| Total paid to creditors this period: | $12,109.04 |
| Undistributed Funds on Hand: | $1,206.90 |
| Arrearages: | $2,618.00 |
| Attorney: | ANDREW T. ARCHER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**