Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−29768−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| James T. Loring | Rosemary Loring |
| dba James Loring | 720 Harrison Street |
| 720 Harrison Street | Riverside, NJ 08075 |
| Riverside, NJ 08075 | |

Social Security No.:
  xxx−xx−3850                                      xxx−xx−2885

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:     2/27/20
Time:     02:00 PM
Location:     Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Andrew Thomas Archer, Debtor's Attorney

COMMISSION OR FEES
fee $1,670.00

EXPENSES
0.00

If this is a chapter 13 case, the fees and expenses awarded:

☑     will not reduce the amount to be paid to general unsecured creditors under the plan.

☐     will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 16, 2020
JAN:

                                              Jeanne Naughton
                                              Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                          Case No. 18-29768-ABA
James T. Loring                                                 Chapter 13
Rosemary Loring
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-1         User: admin              Page 1 of 2       Date Rcvd: Jan 16, 2020
                             Form ID: 137             Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2020.
db/jdb        +James T. Loring,    Rosemary Loring,    720 Harrison Street,    Riverside, NJ 08075-3422
cr            +BAYVIEW LOAN SERVICING, LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,
                Suite 100,    Mt. Laurel, NJ 08054-3437
r             +Paul Tursi,    Keller Williams Realty,    381 Egg Harbor Road,    Suite 2,   Sewell, NJ 08080-1853
517794707     +Apex Asset Management,    Attn: Bankruptcy,    2501 Oregon Pike, Ste 201,
                Lancaster, PA 17601-4890
517794713     +I C System Inc,    444 Highway 96 East,    P.O. Box 64378,    St. Paul, MN 55164-0378
517880246     +Larchmont Imaging,    Apex Asset Management, LLC,    PO Box 5407,    Lancaster, PA 17606-5407
517794716     +Phelan Hallinan Diamond and Jones, PC,    400 Fellowship Road,    Mount Laurel, NJ 08054-3437
517808876     +Riverside Township,    PO Box 188,    Riverside, NJ 08075-0188
517794717     +Riverside Township Tax Collector,    237 S. Pavilion Avenue,    Riverside, NJ 08075-3689
517794719    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,     Toyota Financial Services,    Po Box 8026,
                Cedar Rapids, IA 52408)
518430926      Toyota Lease Trust,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
517916919     +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                Addison, Texas 75001-9013
518103544     +Toyota Motor Credit Corporation,    KML Law Group, P.C.,    216 Haddon Avenue, Suite 406,
                Westmont, NJ 08108-2812

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 16 2020 23:45:56      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 16 2020 23:45:54      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
lm            +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 16 2020 23:46:20
                Bayview Loan Servicing LLC,    4425 Ponce De Leo Boulevard,    5th floor,   Miami, FL 33146-1837
517794710     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 16 2020 23:46:20
                Bayview Financial Loan,    Attn: Bankruptcy Dept,    4425 Ponce De Leon Blvd. 5th Floor,
                Coral Gables, FL 33146-1873
517794712     +E-mail/Text: clientrep@capitalcollects.com Jan 16 2020 23:46:42      CCS,   Attn: Bankruptcy,
                Po Box 150,   West Berlin, NJ 08091-0150
517794711     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 16 2020 23:50:54      Capital One,
                Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
517900659      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 16 2020 23:52:36
                Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
517794714     +E-mail/Text: cio.bncmail@irs.gov Jan 16 2020 23:45:24      Internal Revenue Service,
                PO Box 7346,   Philadelphia, PA 19101-7346
517836482      E-mail/PDF: resurgentbknotifications@resurgent.com Jan 16 2020 23:51:07
                LVNV Funding, LLC its successors and assigns as,     assignee of Arrow Financial Services,,
                LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517822121     +E-mail/PDF: cbp@onemainfinancial.com Jan 16 2020 23:51:30      OneMain,   PO Box 3251,
                Evansville, IN 47731-3251
517794715     +E-mail/PDF: cbp@onemainfinancial.com Jan 16 2020 23:51:30      OneMain Financial,
                Attn: Bankruptcy,    601 Nw 2nd Street,   Evansville, IN 47708-1013
518351288      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 16 2020 23:50:57
                Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
518351289      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 17 2020 00:15:40
                Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541,
                Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
517918436      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 16 2020 23:51:44
                Portfolio Recovery Associates, LLC,    c/o Care Credit,    POB 41067,   Norfolk VA 23541
517794718     +E-mail/PDF: gecsedi@recoverycorp.com Jan 16 2020 23:52:30      Synchrony Bank/Care Credit,
                Attn: Bankruptcy Dept,    Po Box 965061,    Orlando, FL 32896-5061
517901280     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 16 2020 23:52:13      Verizon,
                by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517896113       BAYVIEW LOAN SERVICING, LLC
517794709*    +Apex Asset Management,    Attn: Bankruptcy,    2501 Oregon Pike, Ste 201,
                Lancaster, PA 17601-4890
517794708*    +Apex Asset Management,    Attn: Bankruptcy,    2501 Oregon Pike, Ste 201,
                Lancaster, PA 17601-4890
                                                                                       TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-1              User: admin              Page 2 of 2              Date Rcvd: Jan 16, 2020
                                  Form ID: 137             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2020 at the address(es) listed below:
```
          Andrew L. Spivack     on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com
          Andrew Thomas Archer     on behalf of Joint Debtor Rosemary   Loring aarcher@spillerarcherlaw.com,
           bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
          Andrew Thomas Archer     on behalf of Debtor James T. Loring aarcher@spillerarcherlaw.com,
           bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
          Denise E. Carlon     on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Rebecca Ann Solarz     on behalf of Creditor    Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          Robert   Davidow     on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com
          Sherri Jennifer Smith     on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com,
           nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```