| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>835815<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for BAYVIEW LOAN SERVICING, LLC |

**Order Filed on April 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No.: 18-29768 - ABA |
|---|---|
| JAMES T. LORING D/B/A JAMES LORING<br>ROSEMARY LORING | Judge: Andrew B. Altenburg, Jr |
|  | Chapter: 13 |
| Debtor(s) |  |

Recommended Local Form:  ☐ Followed  ☒ Modified

## ORDER VACATING STAY

___   The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 2, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of BAYVIEW LOAN SERVICING, LLC under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real Property more fully described as:

720 HARRISON STREET, RIVERSIDE, NJ 08075

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:  
James T. Loring  
Rosemary Loring  
       Debtors

Case No. 18-29768-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 1        Date Rcvd: Apr 02, 2020  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2020.  
db/jdb       +James T. Loring,   Rosemary Loring,   720 Harrison Street,   Riverside, NJ 08075-3422

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                           TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2020                                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2020 at the address(es) listed below:

       Andrew L. Spivack   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com  
       Andrew Thomas Archer   on behalf of Joint Debtor Rosemary  Loring aarcher@spillerarcherlaw.com,  
        bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
       Andrew Thomas Archer   on behalf of Debtor James T. Loring aarcher@spillerarcherlaw.com,  
        bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
       Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
       Isabel C. Balboa   ecfmail@standingtrustee.com,  summarymail@standingtrustee.com  
       Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
        summarymail@standingtrustee.com  
       Rebecca Ann Solarz   on behalf of Creditor   Toyota Motor Credit Corporation rsolarz@kmllawgroup.com  
       Robert Davidow   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com  
       Sherri Jennifer Smith   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com,  
        nj.bkecf@fedphe.com  
       U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                            TOTAL: 10