Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                              Case No.: 18−29768−ABA
                              Chapter:  13
                              Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| James T. Loring<br>dba James Loring<br>720 Harrison Street<br>Riverside, NJ 08075 | Rosemary Loring<br>720 Harrison Street<br>Riverside, NJ 08075 |

Social Security No.:
   xxx−xx−3850                                        xxx−xx−2885

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on June 24, 2020.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 24, 2020
JAN: bc

                                                                              Jeanne Naughton
                                                                              Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                              Case No. 18-29768-ABA
James T. Loring                                                     Chapter 13
Rosemary Loring
        Debtors              CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 2                  Date Rcvd: Jun 24, 2020
                               Form ID: 148                Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2020.
db/jdb         +James T. Loring,    Rosemary Loring,    720 Harrison Street,    Riverside, NJ 08075-3422
cr             +BAYVIEW LOAN SERVICING, LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,
                 Suite 100,    Mt. Laurel, NJ 08054-3437
r              +Paul Tursi,    Keller Williams Realty,    381 Egg Harbor Road,    Suite 2,    Sewell, NJ 08080-1853
517794707      +Apex Asset Management,    Attn: Bankruptcy,    2501 Oregon Pike, Ste 201,
                 Lancaster, PA 17601-4890
517880246      +Larchmont Imaging,    Apex Asset Management, LLC,    PO Box 5407,    Lancaster, PA 17606-5407
517794716      +Phelan Hallinan Diamond and Jones, PC,    400 Fellowship Road,    Mount Laurel, NJ 08054-3437
517808876      +Riverside Township,    PO Box 188,    Riverside, NJ 08075-0188
517794717      +Riverside Township Tax Collector,     237 S. Pavilion Avenue,    Riverside, NJ 08075-3689
517916919      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,     PO Box 9013,
                 Addison, Texas 75001-9013
518103544      +Toyota Motor Credit Corporation,     KML Law Group, P.C.,    216 Haddon Avenue, Suite 406,
                 Westmont, NJ 08108-2812

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 25 2020 00:38:58      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 25 2020 00:38:56      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
lm              +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 25 2020 00:39:17
                 Bayview Loan Servicing LLC,    4425 Ponce De Leo Boulevard,     5th floor,    Miami, FL 33146-1873
517794710      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 25 2020 00:39:17
                 Bayview Financial Loan,    Attn: Bankruptcy Dept,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1873
517794712      +E-mail/Text: clientrep@capitalcollects.com Jun 25 2020 00:39:35      CCS,    Attn: Bankruptcy,
                 Po Box 150,    West Berlin, NJ 08091-0150
517794711      +EDI: CAPITALONE.COM Jun 25 2020 04:03:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
517900659       EDI: CAPITALONE.COM Jun 25 2020 04:03:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
517794713      +EDI: IIC9.COM Jun 25 2020 04:03:00      I C System Inc,    444 Highway 96 East,    P.O. Box 64378,
                 St. Paul, MN 55164-0378
517794714      +EDI: IRS.COM Jun 25 2020 04:03:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
517836482       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 25 2020 00:42:09
                 LVNV Funding, LLC its successors and assigns as,     assignee of Arrow Financial Services,,
                 LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517822121      +EDI: AGFINANCE.COM Jun 25 2020 04:03:00      OneMain,    PO Box 3251,    Evansville, IN 47731-3251
517794715      +EDI: AGFINANCE.COM Jun 25 2020 04:03:00      OneMain Financial,    Attn: Bankruptcy,
                 601 Nw 2nd Street,    Evansville, IN 47708-1013
518351288       EDI: PRA.COM Jun 25 2020 04:03:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541
518351289       EDI: PRA.COM Jun 25 2020 04:03:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
517918436       EDI: PRA.COM Jun 25 2020 04:03:00      Portfolio Recovery Associates, LLC,    c/o Care Credit,
                 POB 41067,    Norfolk VA 23541
517794718      +EDI: RMSC.COM Jun 25 2020 04:03:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy Dept,
                 Po Box 965061,    Orlando, FL 32896-5061
517794719       EDI: TFSR.COM Jun 25 2020 04:03:00      Toyota Motor Credit Co,    Toyota Financial Services,
                 Po Box 8026,    Cedar Rapids, IA 52408
518430926       EDI: BL-BECKET.COM Jun 25 2020 04:03:00      Toyota Lease Trust,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
517901280      +EDI: AIS.COM Jun 25 2020 04:03:00      Verizon,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517896113         BAYVIEW LOAN SERVICING, LLC
517794709*       +Apex Asset Management,    Attn: Bankruptcy,    2501 Oregon Pike, Ste 201,
                   Lancaster, PA 17601-4890
517794708*       +Apex Asset Management,    Attn: Bankruptcy,    2501 Oregon Pike, Ste 201,
                   Lancaster, PA 17601-4890
                                                                                                TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-1          User: admin              Page 2 of 2               Date Rcvd: Jun 24, 2020
                              Form ID: 148             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2020 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com
              Andrew Thomas Archer    on behalf of Joint Debtor Rosemary  Loring aarcher@spillerarcherlaw.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Andrew Thomas Archer    on behalf of Debtor James T. Loring aarcher@spillerarcherlaw.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Robert  Davidow    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```