| UNITED STATES BANKRUPTCY COURT |
| --- |
| District of New Jersey |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| Isabel C. Balboa, Esq. |
| Chapter 13 Standing Trustee |
| Cherry Tree Corporate Center |
| 535 Route 38, Suite 580 |
| Cherry Hill, NJ 08002-2977 |
| (856) 663-5002 |

Order Filed on June 24, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

JAMES T. LORING
ROSEMARY LORING

Case No.: 18-29768-ABA

Hearing Date: June 10, 2020  10:00 am

Judge: Andrew B. Altenburg, Jr.

Chapter: 13

## ORDER OF DISMISSAL

The relief set forth on the following pages numbered two (2) through two (2) is **ORDERED**.

**DATED: June 24, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

THIS MATTER having come before the court for a hearing on confirmation of the debtor(s) Chapter 13 Plan or Modified Chapter 13 Plan and for good cause shown it is

**ORDERED** that the the above captioned case is hereby dismissed for the following reason(s):

- failure to file a feasible plan, income and/or budget statement

**IT IS FURTHER ORDERED** that pursuant to 11 U.S.C. §349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimant for funds on hand with the Chapter 13 Trustee.

**IT IS FURTHER ORDERED** that any Order to Employer to Pay to the Chapter 13 Trustee (wage order) that has been entered in this case is hereby terminated. The employer is authorized to cease wage withholding immediately. The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court
District of New Jersey

In re:  
James T. Loring  
Rosemary Loring  
        Debtors

Case No. 18-29768-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jun 24, 2020  
                         Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2020.  
db/jdb        +James T. Loring,  Rosemary Loring,  720 Harrison Street,  Riverside, NJ 08075-3422

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2020                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2020 at the address(es) listed below:

         Andrew L. Spivack     on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com  
         Andrew Thomas Archer     on behalf of Joint Debtor Rosemary  Loring aarcher@spillerarcherlaw.com, bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
         Andrew Thomas Archer     on behalf of Debtor James T. Loring aarcher@spillerarcherlaw.com, bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
         Denise E. Carlon     on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Rebecca Ann Solarz     on behalf of Creditor    Toyota Motor Credit Corporation rsolarz@kmllawgroup.com  
         Robert Davidow     on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com  
         Sherri Jennifer Smith     on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com, nj.bkecf@fedphe.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

                                                                                TOTAL: 10