Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                    Case No.: 18−29768−ABA
                    Chapter: 13
                    Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James T. Loring                              Rosemary Loring
   dba James Loring                           720 Harrison Street
   720 Harrison Street                      Riverside, NJ 08075
   Riverside, NJ 08075

Social Security No.:
   xxx−xx−3850                                  xxx−xx−2885

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                 8/26/20
Time:               10:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 14, 2020
JAN: bc

                                         Jeanne Naughton
                                         Clerk, U. S. Bankruptcy Court

```
                             United States Bankruptcy Court
                                  District of New Jersey
In re:                                                               Case No. 18-29768-ABA
James T. Loring                                                      Chapter 13
Rosemary Loring
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-1         User: admin                Page 1 of 2         Date Rcvd: Jul 14, 2020
                             Form ID: 132               Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2020.
db/jdb         +James T. Loring,    Rosemary Loring,    720 Harrison Street,    Riverside, NJ 08075-3422
cr             +BAYVIEW LOAN SERVICING, LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,
                 Suite 100,    Mt. Laurel, NJ 08054-3437
r              +Paul Tursi,    Keller Williams Realty,    381 Egg Harbor Road,    Suite 2,    Sewell, NJ 08080-1853
517794707      +Apex Asset Management,    Attn: Bankruptcy,    2501 Oregon Pike, Ste 201,
                 Lancaster, PA 17601-4890
517794713      +I C System Inc,    444 Highway 96 East,    P.O. Box 64378,    St. Paul, MN 55164-0378
517880246      +Larchmont Imaging,    Apex Asset Management, LLC,    PO Box 5407,    Lancaster, PA 17606-5407
517794716      +Phelan Hallinan Diamond and Jones, PC,    400 Fellowship Road,    Mount Laurel, NJ 08054-3437
517808876      +Riverside Township,    PO Box 188,    Riverside, NJ 08075-0188
517794717      +Riverside Township Tax Collector,    237 S. Pavilion Avenue,    Riverside, NJ 08075-3689
517794719     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,      Toyota Financial Services,    Po Box 8026,
                 Cedar Rapids, IA 52408)
517916919      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
518430926       Toyota Lease Trust,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
518103544      +Toyota Motor Credit Corporation,    KML Law Group, P.C.,    216 Haddon Avenue, Suite 406,
                 Westmont, NJ 08108-2812

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 14 2020 23:46:34      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 14 2020 23:46:32      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
lm             +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 14 2020 23:46:50
                 Bayview Loan Servicing LLC,    4425 Ponce De Leo Boulevard,   5th floor,   Miami, FL 33146-1873
517794710      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 14 2020 23:46:50
                 Bayview Financial Loan,    Attn: Bankruptcy Dept,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1873
517794712      +E-mail/Text: clientrep@capitalcollects.com Jul 14 2020 23:47:04      CCS,   Attn: Bankruptcy,
                 Po Box 150,    West Berlin, NJ 08091-0150
517794711      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 14 2020 23:53:32      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
517900659       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 14 2020 23:53:35
                 Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
517794714      +E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 14 2020 23:46:01      Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
517836482       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 14 2020 23:53:42
                 LVNV Funding, LLC its successors and assigns as,     assignee of Arrow Financial Services,,
                 LLC,    Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517822121      +E-mail/PDF: cbp@onemainfinancial.com Jul 14 2020 23:53:53      OneMain,   PO Box 3251,
                 Evansville, IN 47731-3251
517794715      +E-mail/PDF: cbp@onemainfinancial.com Jul 14 2020 23:53:28      OneMain Financial,
                 Attn: Bankruptcy,    601 Nw 2nd Street,   Evansville, IN 47708-1013
518351288       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 14 2020 23:53:36
                 Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk, VA 23541
518351289       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 14 2020 23:53:09
                 Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk, VA 23541,
                 Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk, VA 23541
517918436       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 14 2020 23:53:37
                 Portfolio Recovery Associates, LLC,    c/o Care Credit,    POB 41067,   Norfolk VA 23541
517794718      +E-mail/PDF: gecsedi@recoverycorp.com Jul 14 2020 23:53:26      Synchrony Bank/Care Credit,
                 Attn: Bankruptcy Dept,    Po Box 965061,   Orlando, FL 32896-5061
517901280      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 14 2020 23:53:44      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517896113        BAYVIEW LOAN SERVICING, LLC
517794709*     +Apex Asset Management,    Attn: Bankruptcy,    2501 Oregon Pike, Ste 201,
                 Lancaster, PA 17601-4890
517794708*     +Apex Asset Management,    Attn: Bankruptcy,    2501 Oregon Pike, Ste 201,
                 Lancaster, PA 17601-4890
                                                                                   TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

Certificate of Notice    Page 3 of 3

```
District/off: 0312-1          User: admin              Page 2 of 2             Date Rcvd: Jul 14, 2020
                              Form ID: 132             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2020 at the address(es) listed below:

```
          Andrew L. Spivack    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com
          Andrew Thomas Archer    on behalf of Joint Debtor Rosemary   Loring aarcher@spillerarcherlaw.com,
           bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com;mcdoherty_187750@ecf.courtdrive.com
          Andrew Thomas Archer    on behalf of Debtor James T. Loring aarcher@spillerarcherlaw.com,
           bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com;mcdoherty_187750@ecf.courtdrive.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          Robert  Davidow    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com
          Sherri Jennifer Smith    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com,
           nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```