Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−29768−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

James T. Loring
dba James Loring
720 Harrison Street
Riverside, NJ 08075

Rosemary Loring
720 Harrison Street
Riverside, NJ 08075

Social Security No.:
xxx−xx−3850                xxx−xx−2885

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:    8/25/22
Time:    02:00 PM
Location:    Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Andrew Thomas Archer, Debtor's Attorney, period: 6/17/2020 to 7/22/2022.

COMMISSION OR FEES
fee: $1,522.50.

EXPENSES
expenses: $0.00.

If this is a chapter 13 case, the fees and expenses awarded:

☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 25, 2022
JAN:

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-29768-ABA |
| James T. Loring | Chapter 13 |
| Rosemary Loring | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 25, 2022 | Form ID: 137 | Total Noticed: 32 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James T. Loring, Rosemary Loring, 720 Harrison Street, Riverside, NJ 08075-3422 |
| aty | + | ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PL, 130 CLINTON RD, #202, Fairfield, NJ 07004-2927 |
| cr | + | BAYVIEW LOAN SERVICING, LLC, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| r | + | Paul Tursi, Keller Williams Realty, 381 Egg Harbor Road, Suite 2, Sewell, NJ 08080-1853 |
| 517880246 | + | Larchmont Imaging, Apex Asset Management, LLC, PO Box 5407, Lancaster, PA 17606-5407 |
| 517794716 | + | Phelan Hallinan Diamond and Jones, PC, 400 Fellowship Road, Mount Laurel, NJ 08054-3437 |
| 517808876 | + | Riverside Township, PO Box 188, Riverside, NJ 08075-0188 |
| 517794717 | + | Riverside Township Tax Collector, 237 S. Pavilion Avenue, Riverside, NJ 08075-3689 |
| 519540587 | + | Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, Authorized Agent for Secured Creditor, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 518103544 | + | Toyota Motor Credit Corporation, KML Law Group, P.C., 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 519485005 | + | U.S Bank Trust National Association, Selene Finance, LP, Attn: BK Dept., 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 25 2022 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 25 2022 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jul 25 2022 20:44:00 | Bayview Loan Servicing LLC, 4425 Ponce De Leo Boulevard, 5th floor, Miami, FL 33146-1839 |
| 517794707 | ^ | MEBN | Jul 25 2022 20:40:39 | Apex Asset Management, Attn: Bankruptcy, 2501 Oregon Pike, Ste 201, Lancaster, PA 17601-4890 |
| 517794710 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jul 25 2022 20:44:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 517794712 | + | Email/Text: amanda@cascollects.com | Jul 25 2022 20:45:00 | CCS, Attn: Bankruptcy, Po Box 150, West Berlin, NJ 08091-0150 |
| 517794711 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 25 2022 20:49:03 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517900659 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 25 2022 20:49:26 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517794713 | + | Email/Text: Bankruptcy@ICSystem.com | Jul 25 2022 20:45:00 | I C System Inc, 444 Highway 96 East, P.O. Box 64378, St. Paul, MN 55164-0378 |
| 517794714 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 25 2022 20:44:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517836482 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 18-29768-ABA    Doc 89    Filed 07/27/22    Entered 07/28/22 00:14:46    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 25, 2022 | Form ID: 137 | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 25 2022 20:49:13 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517822121 | + | Email/PDF: cbp@onemainfinancial.com | Jul 25 2022 20:49:34 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 517794715 | + | Email/PDF: cbp@onemainfinancial.com | Jul 25 2022 20:49:23 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 518351288 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 25 2022 20:49:27 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518351289 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 25 2022 20:49:27 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517918436 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 25 2022 20:49:05 | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |
| 517794718 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 25 2022 20:49:02 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 517794719 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 25 2022 20:44:00 | Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 517916919 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 25 2022 20:44:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518430926 | | Email/PDF: bncnotices@becket-lee.com | Jul 25 2022 20:49:06 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517901280 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 25 2022 20:49:27 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517896113 | | BAYVIEW LOAN SERVICING, LLC |
| 517794708 | *+ | Apex Asset Management, Attn: Bankruptcy, 2501 Oregon Pike, Ste 201, Lancaster, PA 17601-4890 |
| 517794709 | *+ | Apex Asset Management, Attn: Bankruptcy, 2501 Oregon Pike, Ste 201, Lancaster, PA 17601-4890 |
| 519485006 | *+ | U.S Bank Trust National Association, Selene Finance, LP, Attn: BK Dept., 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 27, 2022        Signature:        /s/Gustava Winters

District/off: 0312-1      User: admin      Page 3 of 3
Date Rcvd: Jul 25, 2022      Form ID: 137      Total Noticed: 32

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Thomas Archer | on behalf of Joint Debtor Rosemary Loring aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Andrew Thomas Archer | on behalf of Debtor James T. Loring aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association hkaplan@rasnj.com, informationathnk@aol.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8