Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−29768−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

James T. Loring
dba James Loring
720 Harrison Street
Riverside, NJ 08075

Rosemary Loring
720 Harrison Street
Riverside, NJ 08075

Social Security No.:
xxx−xx−3850                                                                                    xxx−xx−2885

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: July 17, 2023                         Andrew B. Altenburg Jr.
                                             Judge, United States Bankruptcy Court